**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1176**

ROBERT E. GREEN, SR.,

      Plaintiff - Appellant,

      v.

MAYOR AND CITY COUNCIL; BALTIMORE CITY POLICE DEPARTMENT; SOD DECOY SQUAD; CARL STAMBAUGH, Officer; OTHER MEMBERS OF THE BALTIMORE POLICE DEPARTMENT,

      Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, Senior District Judge. (1:99-cv-02941-MJG)

Submitted: June 20, 2017                         Decided: July 6, 2017

Before GREGORY, Chief Judge, and NIEMEYER and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert E. Green, Sr., Appellant Pro Se. William Rowe Phelan, Jr., BALTIMORE CITY LAW DEPARTMENT, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert E. Green, Sr., seeks to appeal the district court's orders dismissing his 42 U.S.C. § 1983 (2012) action without prejudice and confirming that the case was closed. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's orders were entered on the docket on October 28, 1999 and November 10, 1999. The notice of appeal was filed on February 6, 2017. Because Green failed to file a timely notice of appeal or obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Green's motion to expedite as moot and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2